# UNITED STATES DISTRICT COURT
## for the
### Southern District of the Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:02CR00127-001 |
| Curtis Graves | ) | USM No. 07039-028 |
| | ) | |
| | | Sara Varner |
| Date of Original Judgment: 09/28/2004 | | Defendant's Attorney |
| Date of Amended Judgment: 11/30/2005 | | |

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018, **IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment of **360 months on Counts 1 and 2 is reduced to 205 months**.

## I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:

Previous Sentence Imposed: **360 months**          Amended Sentence: **205 months\***
Previous Supervised Release Term Imposed: **5 years**   Amended Supervised Release Term: **no change**
Previous Underlying Sentence Imposed:             Amended Underlying Sentence:

## II. SENTENCE RELATIVE TO AMENDED TERMS:

☒ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

## III. ADDITIONAL COMMENTS:
\* That is, 205 months on Counts 1 and 2, concurrent.

Except as provided above, all provisions of the judgment dated 11/30/2005 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: Date: 2/12/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana